1 | MAYER BROWN LLP
Carmine R. Zarlenga (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MAYER BROWN LLP
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Elizabeth J. Crepps (SBN 288414)
ecrepps@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
NESTLÉ USA, INC. and NESTLÉ
PREPARED FOODS COMPANY, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MARITZA PELAYO, et al., | Case No. CV 13-05213 JFW (AJWx) |
| Plaintiff, | **JOINT STIPULATION RE SETTING BRIEFING AND HEARING SCHEDULE ON CHALLENGE TO FIRST AMENDED COMPLAINT** |
| v. | |
| NESTLÉ USA, INC., et al., | |
| Defendants. | [PROPOSED ORDER FILED CONCURRENTLY] |

1 Plaintiff Maritza Pelayo and defendants Nestlé USA, Inc. ("NUSA") and
2 Nestlé Prepared Foods Company, Inc. ("NPFC") (collectively "defendants"), by
3 and through their respective counsel of record, enter into the following stipulation:
4      WHEREAS, on July 18, 2013, plaintiff commenced this action by filing her
5 complaint (Dkt. #1);
6      WHEREAS, plaintiff filed her first amended complaint on August 19, 2013
7 (Dkt. #18);
8      WHEREAS, pursuant to stipulation, the Court set the time for defendants to
9 respond to the first amended complaint as September 23, 2013 (Dkt. #13, #24);
10      WHEREAS, the first amended complaint challenges seven different
11 allegedly non-natural ingredients and thirteen different food products (Dkt. #18, ¶¶
12 14, 22);
13      WHEREAS, defendants anticipate presenting to the court in their motion to
14 dismiss numerous issues applied to seven ingredients and thirteen food products,
15 including primary jurisdiction, plausibility, particularity, puffery, and standing; and
16      WHEREAS, the parties desire to set a briefing and hearing schedule on
17 defendants' anticipated motion to dismiss that will accommodate the Courts' and
18 parties' schedules and provide adequate time for the parties to properly brief, and
19 the Court to consider, the numerous issues anticipated to be raised;
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED
2  between plaintiff and defendants, subject to approval from the Court, that:

- Plaintiff will file her opposition to defendants' motion to dismiss by October 14, 2013;
- Defendants will file their reply in support of their motion to dismiss by November 4, 2013; and
- The hearing shall be noticed for Monday, November 18, 2013 at 1:30 p.m. in Courtroom 16.

DATED: September 17, 2013            BONNETT, FAIRBOURN,
                                     FRIEDMAN & BALINT, P.C.

                            By:    */s/ Patricia N. Syverson*
                                   Patricia N. Syverson, Esq.
                                   *Plaintiff's Co-Counsel*

DATED: September 17, 2013            MAYER BROWN LLP

                            By:    */s/ Dale J. Giali*
                                   Dale J. Giali, Esq.
                                   Attorneys for Defendants Nestlé
                                   USA, Inc. and Nestlé Prepared Foods
                                   Company, Inc.