MAYER BROWN LLP
Carmine R. Zarlenga (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

MAYER BROWN LLP
Dale J. Giali (SBN 150382)
dgiali@mayerbrown.com
Elizabeth J. Crepps (SBN 288414)
ecrepps@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants
NESTLÉ USA, INC. and NESTLÉ PREPARED FOODS COMPANY, INC.

**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE
9/18/13

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MARITZA PELAYO, et al., <br><br> Plaintiff, <br><br> v. <br><br> NESTLÉ USA, INC., et al., <br><br> Defendants. | Case No. CV 13-05213 JFW (AJWx) <br><br> [PROPOSED] <br><br> **ORDER ON JOINT STIPULATION RE SETTING BRIEFING AND HEARING SCHEDULE ON CHALLENGE TO FIRST AMENDED COMPLAINT** |

ORDER RE SETTING BRIEFING AND HEARING SCHEDULE ON CHALLENGE TO FIRST AMENDED COMPLAINT; Case No. CV 13-05213 JFW (AJWx)

Pursuant to the stipulation of the parties and for good cause shown, the Court ORDERS as follows:

1. Plaintiff shall file her opposition to defendants' motion to dismiss by October 14, 2013;
2. Defendants shall file their reply in support of their motion to dismiss by November 4, 2013; and
3. The hearing shall be noticed for Monday, November 18, 2013 at 1:30 p.m. in Courtroom 16.

DATED: 9/18/13

**DENIED**

BY ORDER OF THE COURT
Hon. John F. Walter
Judge, U.S. District Court

NO SHOWING OF GOOD CAUSE

ORDER RE SETTING BRIEFING AND HEARING SCHEDULE ON CHALLENGE TO FIRST AMENDED COMPLAINT; Case No. CV 13-05213 JFW (AJWx)