1  MAYER BROWN LLP
   Carmine R. Zarlenga (*pro hac vice*)
2  czarlenga@mayerbrown.com
   1999 K Street, NW
3  Washington, D.C. 20006-1101
   Telephone: (202) 263-3000
4  Facsimile: (202) 263-3300

5  MAYER BROWN LLP
   Dale J. Giali (SBN 150382)
6  dgiali@mayerbrown.com
   Andrew Z. Edelstein (SBN 218023)
7  aedelstein@mayerbrown.com
   350 South Grand Avenue
8  25th Floor
   Los Angeles, CA  90071-1503
9  Telephone:  (213) 229-9500
   Facsimile:   (213) 625-0248
10

11 Attorneys for Defendants
   NESTLÉ USA, INC. and NESTLÉ
12 PREPARED FOODS COMPANY, INC.

13
                     **UNITED STATES DISTRICT COURT**
14
                     **CENTRAL DISTRICT OF CALIFORNIA**
15
                              **WESTERN DIVISION**
16

17 | MARITZA PELAYO, et al., | Case No. CV 13-05213 JFW (AJWx) |
18 |           Plaintiff,     | **JOINT STIPULATION RE CONTINUING DUE DATES FOR OPPOSITION AND REPLY REGARDING, AND HEARING ON, FILED MOTION FOR CLASS CERTIFICATION** |
19 |       v.                 | |
20 | NESTLÉ USA, INC., et al.,| |
21 |           Defendants.    | [proposed order filed concurrently] |

JOINT STIPULATION, Case No. CV 13-05213 JFW (AJWx)

Plaintiff Maritza Pelayo and defendants Nestlé USA, Inc. and Nestlé Prepared Foods Company, Inc., by and through their respective counsel of record, enter into the following stipulation seeking a modest continuation of the opposition-reply briefing schedule, and the hearing on, plaintiff's filed motion for class certification (Dkt. #47).

WHEREAS, by Order dated September 18, 2013 (Dkt. #29), the Court denied the parties' stipulation (Dkt. #26) to extend the deadline for plaintiff to file her motion for class certification;

WHEREAS, on October 24, 2013, and pursuant to the Court's September 18, 2013 Order and Local Rule 23-3, plaintiff <u>filed</u> her motion for class certification (Dkt. #47);

WHEREAS, presently and pursuant to Local Rules 6-1, 7-9, and 7-10, defendants' opposition to the class certification motion is due on November 18, 2013, and plaintiff's reply in support of class certification is due on November 25, 2013, with a hearing noticed for December 9, 2013;

WHEREAS, defendants' fully-briefed motion to dismiss (Dkt. #30) is noticed for an October 28, 2013 hearing and is otherwise ready for disposition by the Court;

WHEREAS, the parties recognize that the Court's ruling on defendants' pending motion to dismiss may significantly impact the scope of the case, which, in turn, may significantly impact the class certification motion and the issues framed thereby;

WHEREAS, the parties recognize that discovery, and an appropriate treatment of the class certification issues, is necessary to provide the Court with an appropriate record on which to assess the class certification motion and the issues framed thereby;

WHEREAS, on September 23, 2013, October 1, 2013 and October 15, 2013, the parties served their first sets of written discovery, and on October 15, 2013, defendants noticed plaintiff's deposition for November 1, 2013;

WHEREAS, completion of relevant discovery and other work to allow for an appropriate treatment of the issues requires more time than is available under the current class certification motion briefing schedule, and the parties believe that extensions to the deadlines to file opposition and reply briefs and to the hearing date are warranted and fully supported by good cause; and

WHEREAS, this stipulation is not being presented to cause unnecessary delay, or for any other improper purpose; to the contrary, the contemplated extensions to the opposition and reply briefs should not delay the progression of this case in any material respect and will allow the Court to resolve class certification issues based on an appropriate record and without undue delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between plaintiff and defendants, subject to approval from the Court, that:

- Defendants will file their opposition to plaintiff's motion for class certification by December 2, 2013;
- Plaintiff will file her reply in support of the motion by December 23, 2013; and
- The hearing on the motion is continued to January 13, 2014 at 1:30 p.m.

DATED: October 24, 2013

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: */s/ Patricia N. Syverson*
Patricia N. Syverson, Esq.
*Plaintiff's Co-Counsel*

DATED: October 24, 2013

MAYER BROWN LLP

By: */s/ Dale J. Giali*
Dale J. Giali, Esq.
Attorneys for Defendants