1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

17  MARITZA PELAYO, et al.,                Case No. CV 13-05213 JFW (AJWx)
18              Plaintiff,
19      v.                                   **JUDGMENT**
20  NESTLÉ USA, INC., et al.,
21              Defendants.
22
23
24
25
26
27
28

1  WHEREAS, by Order of this Court dated October 25, 2013, the Court
2  granted the motion to dismiss of defendants Nestlé USA, Inc. and Nestlé Prepared
3  Foods Company, Inc., dismissed the first amended complaint without leave to
4  amend and dismissed the action with prejudice,
5  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and
6  DECREED that JUDGMENT IS ENTERED in favor of defendants Nestlé USA,
7  Inc. and Nestlé Prepared Foods Company, Inc. and against plaintiff Maritza
8  Pelayo, and that plaintiff Maritza Pelayo shall take nothing from defendant Nestlé
9  USA, Inc. or Nestlé Prepared Foods Company, Inc. by way of her first amended
10  complaint and the claims asserted therein.
11  The Clerk is hereby requested to enter this Judgment forthwith in this action.

DATED: December 5, 2013

Hon. John F. Walter
U.S. District Court Judge